UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

DAMIAN CHAVEZ,
                       Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20c-CR- 581 (PAC)

Defendant _____Damian Chavez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

_X_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

*Annalisa Mirón* (for Damian Chavez)
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

  Damian Chavez
_____
Print Defendant's Name

*Annalisa Mirón*
_____
Defense Counsel's Signature

  Annalisa Mirón
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/30/2020
_____
Date

_Paul A. Crotty_
_____
U.S. District Judge