**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2021

<u>**VIA ECF**</u>
Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

2/1/2021
The February 2 conference is adjourned to March 23, 2021 at 10:30 AM. SO ORDERED,

*[signature: Paul A. Crotty]*

Re: United States v. Damian Chavez et al, 20-Cr-581(PAC)

Dear Judge Crotty:

    I write to respectfully request a sixty-day adjournment of the pretrial conference currently scheduled for February 2, 2021. Recently, I was assigned to represent Mr. Damian Chavez on this matter as his originally assigned attorney, Annalisa Miron, has left our office. As such, I am requesting a sixty-day adjournment to allow me sufficient time to review discovery and engage in plea negotiations with the prosecution. I have spoken to both co-defense counsel Michael Tremonte as well as AUSA Rushmi Bhaskaran and they consent to the adjournment. Thank you for your consideration of this request.

Sincerely,

*[signature: Marisa K. Cabrera]*

Marisa K. Cabrera, Esq.
Marisa_Cabrera@fd.org
917-890-7612